UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA            CRIMINAL NO: 09-0124 (07)

VERSUS                              JUDGE ELIZABETH E. FOOTE

COREY DOMINGUE

## ORDER

Before the Court is a motion for early termination of supervised release filed by the Defendant, Corey Domingue ("Domingue"). *See* Record Document 810. The Government has not filed an opposition to the request. The U.S. Probation Office reports that Domingue has been compliant with the conditions of supervised release but does not offer a recommendation concerning early termination.

Domingue was convicted of Conspiracy to Possess with Intent to Distribute Methamphetamine and Cocaine in violation of 21 U.S.C. § 846 (Count 1), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A) (Count 34). On October 9, 2012, the Court sentenced Domingue to 144 months as to Count 1 and 60 months as to Count 34, to run consecutively to Count 1. *See* Record Document 594. The Court also imposed a five-year term of supervised release. *See id.* On January 18, 2017, the Court reduced Domingue's sentence as to Count 1 from 144 months to 120 months. On May 25, 2022, Domingue was released from incarceration and began his five-year term of supervised release, which is currently set to expire on February 24, 2027.

The Court may terminate supervised release after one year with consideration of all relevant factors. *See* 18 U.S.C. § 3583(e)(1); 18 U.S.C. § 3553(a); *United States v. Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998). The Court must be "satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice." 18 U.S.C. § 3583(e)(1). Broad discretion is given to the Court in determining whether to terminate supervised release, but in general, "something more than compliance with the terms of supervised release is required to justify an early termination." *United States v. Seymore*, No. 07-0358, 2023 WL 3976200, at *1 (E.D. La. June 13, 2023).

As noted above, the U.S. Probation Office reports that Domingue has been compliant with the terms of supervision. Domingue states in his motion that he has "been a model citizen since his release," has worked a full-time job, gotten married, bought a home, and attends church in Lafayette, Louisiana. Record Document 810 at 2. Domingue also states that it is unlikely he will engage in criminal activity in the future. *Id.*

The Court is pleased to learn that Domingue has successfully reintegrated into society after his incarceration, including full-time employment, marriage, and home ownership. These are all positive steps. The Court is particularly pleased to hear that Domingue has maintained his sobriety. However, the Court declines to terminate supervised release at this time. The record reflects Domingue has a substantial history of substance abuse. The Court believes the continued supervision and support of the U.S. Probation Office will provide Domingue with continued stability and will assist in maintaining his sobriety.

2

Accordingly, Domingue's motion for early termination of supervised release [Record Document 810] is hereby **DENIED**.

**THUS DONE AND SIGNED**, this 2nd day of December, 2025.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE